HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE A. CLARK, | ) Civil No. 06-05589 SI |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, February 21, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        KEVIN V. RYAN
                                        United States Attorney
                                        SARA WINSLOW
                                        Assistant United States Attorney
```

Dated: January 15, 2007            /s/
                                   _____
                                   Geralyn A. Gulseth
                                   Special Assistant U.S. Attorney

Dated: January 15, 2007            /s/
                                   _____
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   DALE A. CLARK

IT IS SO ORDERED.

Dated:                             *Susan Illston* (signature)
                                   _____
                                   HON. SUSAN ILLSTON
                                   United States District Judge

2

STIPULATION AND ORDER