```
SCOTT N. SCHOOLS, SBN 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
GERALYN A. GULSETH, SBN 160872
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE CLARK,<br><br>  Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE[1],<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. C-06-05589-SI<br><br>STIPULATION FOR EXTENSION AND [PROPOSED] ORDER |

  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Defendant have an extension of 30 days in which to prepare and file her cross-motion for summary judgment. Defendant's response was due on February 21, 2007, pursuant to Civil L.R.16-5. Defendant's response is now due on March 23, 2007.

  This is Defendant's first request.

//

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

| | | |
|---|---|---|
| Dated: *February 21, 2007* | By: | */s/ harvey sackett* |
| | | *(As authorized via telephone on 2/21/2007)* |
| | | HARVEY SACKETT |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| | | |
| Dated: *February 21, 2007* | By: | */s/ geralyn gulseth* |
| | | GERALYN A. GULSETH |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____
SUSAN ILLSTON
United States District Judge

2