SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
GERALYN A. GULSETH, SBN 160872
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE CLARK, | CIVIL NO. C-06-05589-SI |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    On remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him to obtain evidence from a vocational expert regarding a comparison between Plaintiff's residual functional capacity and the mental and physical demands of Plaintiff's past relevant work, in accordance with 20 C.F.R. § 404.1520(e) and Social Security Rulings 82-61 and 82-62. If the ALJ decides to consider "step five" of the sequential evaluation, he will obtain evidence from a vocational expert to clarify the effect of Plaintiff's assessed limitations on Plaintiff's occupational base.

The Office of Disability Adjudication and Review and/or the ALJ will take any further action deemed appropriate to develop the record and issue a new decision.

Dated: *March 1, 2007*    /s/ *harvey sackett*
                             *(As authorized via facsimile on 3/1/07)*
                             HARVEY SACKETT
                             Attorney for Plaintiff


                             SCOTT N. SCHOOLS
                             United States Attorney

Dated: *March 1, 2007*    By:    /s/ *geralyn a. gulseth*
                             GERALYN A. GULSETH
                             Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


Dated: _____    _____
                             SUSAN ILLSTON
                             United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE CLARK,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CIVIL NO. C-06-5589-SI<br><br>[PROPOSED] JUDGMENT |

    IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.


Dated: _____                      _____
                                                                  SUSAN ILLSTON
                                                                  United States District Judge