| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>GERALYN A. GULSETH, SBN CA 160872 |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE CLARK,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>    Defendant. | CIVIL NO. C-06-05589-SI<br><br>STIPULATION AND [PROPOSED] ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND NO CENTS (**$3,700.00**). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

in this action under EAJA.

    The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                Respectfully submitted,

Dated: *March 21, 2007*

                                /s/ harvey p. sackett
*(As authorized via facsimile on March 21, 2007)*
HARVEY P. SACKETT

Attorney for Plaintiff

Dated: *March 21, 2007*              SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

                                  /s/ geralyn a. gulseth
GERALYN A. GULSETH
Special United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

Dated: _____                       /s/ Susan Illston
SUSAN ILLSTON
United States District Judge